AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 1

# UNITED STATES DISTRICT COURT

**EASTERN** District of **NEW YORK**

UNITED STATES OF AMERICA
v.
AMR I. ELGINDY

**JUDGMENT IN A CRIMINAL CASE**

Case Number: CR 02-589(S-2) & CR 04-652

USM Number: 55479-198

BARRY H. BERKE, ESQ.
Defendant's Attorney

**THE DEFENDANT:**

X pleaded guilty to count(s)    1, 2, 3.   (UNDER DOCKET NUMBER CR 04-652)

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

X was found guilty on count(s)    1, 2, 3, 4, 5, 6, 10, 12, 21, 29, 32. (UNDER DOCKET NUMBER CR 02-589(S-2) ).
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| | **COUNTS UNDER CR 02-589(S-2)** | | |
| 18 USC 1962( c ) | CONSPIRACY TO COMMIT RACKETEERING | 5/02 | 1(S-2) |
| 18 USC 371 | CONSPIRACY TO COMMIT SECURITIES FRAUD | 5/02 | 2(S-2) |
| 15 USC 78j(b) & 78ff | SECURITIES FRAUD | 3/01 | 3(S-2) |
| 15 USC 78j(b) & 78ff | SECURITIES FRAUD | 6/01 | 4(S-2) |
| 15 USC 78(b) & 78ff | SECURITIES FRAUD | 8/01 | 5(S-2) |

The defendant is sentenced as provided in pages 2 through __9__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____  ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

JUNE 19, 2006
Date of Imposition of Judgment

s/ Judge Raymond J. Dearie
Signature of Judge

RAYMOND J. DEARIE, U.S.D.J.
Name and Title of Judge

JULY 28, 2006
Date

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 1A

Judgment—Page  2  of  9

DEFENDANT:     AMR I. ELGINDY
CASE NUMBER:   CR 02-589(S-2) & CR 04-652

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 15 USC 78j(b) & 78ff | SECURITIES FRAUD | 9/01 | 6(S-2) |
| 18 USC 1951(a) | CONSPIRACY TO COMMIT EXTORTION | 2/02 | 10(S-2) |
| 18 USC 1951(a) | EXTORTION | 2/02 | 12(S-2) |
| 15 USC 78j(b) & 78ff | SECURITIES FRAUD | 5/02 | 21(S-2) |
| 18 USC 1343 | WIRE FRAUD | 2/02 | 29(S-2) |
| 18 USC 1343 | WIRE FRAUD | 2/02 | 32(S-2) |

### COUNTS UNDER CR 04-652

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1001(a)(2) | FALSE STATEMENTS | 4/17/04 | 1 |
| 18 USC 1001(a)(3) | FALSE STATEMENTS | 4/17/04 | 2 |
| 18 USC 3147(1) | OFFENSE COMMITTED WHILE ON RELEASE | 4/17/04 | 3 |

Judgment — Page 3 of 9

DEFENDANT: AMR I. ELGINDY
CASE NUMBER: CR 02-589(S-2) & CR 04-652

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**ONE HUNDRED AND THIRTY FIVE (135) MONTHS. (SEE PAGE 4)**

X The court makes the following recommendations to the Bureau of Prisons:
If consistent with the Bureau of Prisons policies, practices and guidelines, the Court recommends that the defendant be designated to the Taft Facility, for family contact/visitation reasons. The Court advises the Bureau of Prisons that the defendant has had a history of drug and alcohol abuse. Should the defendant apply to the Bureau of Prisons for the substance abuse program and it is found that the defendant meets the criteria, this Court would recommend his enrollment.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:





Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
         Sheet 2A — Imprisonment

Judgment—Page 4 of 9

DEFENDANT:      AMR I. ELGINDY
CASE NUMBER:    CR 02-589(S-2) & CR 04-652

## ADDITIONAL IMPRISONMENT TERMS

**UNDER DOCKET NUMBER CR 02-589(S-2)**

| | |
|---|---|
| COUNTS 1, 10, 12, 29, 32: | 108 MONTHS; |
| COUNTS 3, 4, 5, 6, 21: | 108 MONTHS, TO RUN CONCURRENTLY WITH EACH OTHER AND WITH THE SENTENCES PREVIOUSLY IMPOSED; |
| COUNT 2: | 5 YEARS, TO RUN CONCURRENTLY WITH THE SENTENCES PREVIOUSLY IMPOSED. |

**UNDER DOCKET NUMBER CR 04-652**

| | |
|---|---|
| COUNT 1: | 5 YEARS; |
| COUNT 2: | 5 YEARS, TO RUN CONCURRENTLY WITH EACH OTHER AND WITH THE SENTENCES PREVIOUSLY IMPOSED UNDER DOCKET NUMBER CR 02-589(S-2); |
| COUNT 3: | 27 MONTHS, TO RUN CONSECUTIVELY TO THE SENTENCES PREVIOUSLY IMPOSED. |

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment—Page __5__ of __9__

DEFENDANT:       AMR ELGINDY
CASE NUMBER:     CR 02-589(S-2) & CR 04-652

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

**THREE(3) YEARS. (SEE PAGE 6)**

　　　The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ☐ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- ☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

　　　If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

　　　The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: AMR I. ELGINDY
CASE NUMBER: CR 02-589(S-2) & CR 04-652

## SPECIAL CONDITIONS OF SUPERVISION

1) THE DEFENDANT IS TO ALLOW THE PROBATION DEPARTMENT TO INSTALL AND MONITOR FILTERING AND SCREENING RECORDING SOFTWARE ON ANY COMPUTER HE OWNS OR TO WHICH HE HAS ACCESS.

2) THE DEFENDANT WILL SUBMIT HIS COMPUTER, CONNECTED DEVICE OR ANY OTHER ELECTRONIC DEVICE UNDER HIS CONTROL TO A SEARCH ON THE BASIS THAT THE PROBATION OFFICER HAS, WITH THE COURT'S SUPERVISION, REASONABLE BELIEF THAT CONTRABAND OR EVIDENCE OF A VIOLATION OF THE CONDITIONS OF RELEASE MAY BE FOUND. THIS SEARCH MAY BE CONDUCTED IN A REASONABLE MANNER AT A REASONABLE TIME. FAILURE TO SUBMIT TO SUCH SEARCH MAY BE GROUNDS FOR REVOCATION.

3) THE DEFENDANT IS TO NOTIFY ANY FUTURE, POTENTIAL FUTURE EMPLOYER WHO WILL BE ENTRUSTING THE DEFENDANT WITH ANY TYPE OF FINANCIAL RESPONSIBILITIES OF HIS CONVICTION FOR THE INSTANT OFFENSE. SUCH NOTIFICATION IS TO BE CONFIRMED BY THE UNITED STATES PROBATION DEPARTMENT AND THE DEFENDANT IS TO ASSIST THE PROBATION DEPARTMENT IN VERIFYING THE JOB DESCRIPTION OF ANY SUCH EMPLOYMENT.

4) THE DEFENDANT IS TO REFRAIN, AS A FURTHER SPECIAL CONDITION OF SUPERVISED RELEASE, REFRAIN FROM ENGAGING IN THE BUSINESS OF TRADING OR BROKERING STOCK. THE DEFENDANT IS TO ASSIST THE PROBATION DEPARTMENT IN VERIFYING THE JOB DESCRIPTION OF ANY EMPLOYMENT HE SEEKS WHILE UNDER SUPERVISION.

5) FULL FINANCIAL DISCLOSURE WHEN DIRECTED BY THE COURT THROUGH THE OFFICE OF THE PROBATION DEPARTMENT.

6) DEFENDANT SHALL CONTRIBUTE TO THE COST OF ANY SERVICES RENDERED VIA CO-PAYMENT OR FULL PAYMENT IN AN AMOUNT TO BE DETERMINED BY THE PROBATION DEPARTMENT BASED UPON HIS ABILITY TO PAY OR THE AVAILABILITY OF A THIRD PARTY PAYMENT.

DEFENDANT: AMR I. ELGINDY
CASE NUMBER: CR 02-589(S-2) & 04-652

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 1,400.00 | $ | $ WAIVED |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ 0 | $ 0 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: AMR I. ELGINDY
CASE NUMBER: CR 02-589(S-2) & CR 04-652

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☒ Lump sum payment of $ __1,400.00__ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Judgment—Page 9 of 9

DEFENDANT: AMR I. ELGINDY
CASE NUMBER: CR 02-589(S-2) & CR 04-652

# ADDITIONAL FORFEITED PROPERTY

**FORFEITURE IS ORDERED IN THE AMOUNT OF $1,568,000.00**
**ORDER OF FORFEITURE IS STAYED PENDING APPEAL.**